**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 12-2440**

---

In Re:  VERN ODELL CRAWFORD, a/k/a Odell Crawford, a/k/a O'Dell Crawford,

               Petitioner.

---

On Petition for Writ of Mandamus.
(5:07-cr-00058-SGW-1)

---

Submitted:  March 26, 2013          Decided:  April 1, 2013

---

Before MOTZ, GREGORY, and SHEDD, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Vern Odell Crawford, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vern Odell Crawford petitions for a writ of mandamus seeking an order to compel an investigation of the district court judge and prosecutors who were involved in his criminal prosecution. We conclude that Crawford is not entitled to mandamus relief.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. Kerr v. United States Dist. Court, 426 U.S. 394, 402 (1976); United States v. Moussaoui, 333 F.3d 509, 516-17 (4th Cir. 2003). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought. In re First Fed. Sav. & Loan Ass'n, 860 F.2d 135, 138 (4th Cir. 1988). Mandamus may not be used as a substitute for appeal. In re Lockheed Martin Corp., 503 F.3d 351, 353 (4th Cir. 2007).

The relief sought by Crawford is not available by way of mandamus. Accordingly, although we grant leave to proceed in forma pauperis, we deny the petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED